**No. 40351.**—Protests 712973–G, etc., of Alfred Kohlberg, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel it was held that the invoices were consulated at Swatow, China, and should have been converted at the federal reserve rate quoted for the yuan Swatow dollar on the dates of exportation therefrom.

**No. 40352.**—Protests 767251–G, etc., of Alfred Kohlberg, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel it was held that the invoices were consulated at Swatow, China, and should have been converted at the federal reserve rate quoted for the yuan Swatow dollar on the dates of exportation therefrom.

**No. 40353.**—Protests 359818–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the atomizers, boxes, and plates in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373).

**No. 40354.**—Protests 311568–G, etc., of Lord & Taylor (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of calendars, jars, pots, bottles, atomizers, boxes, and candlesticks chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40355.**—Protests 374206–G, etc., of Ovington Bros. Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, lamps, boxes, and thimbles chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40356.**—Protests 288831–G, etc., of Jay Thorpe, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, bottles, trays, boxes, place card stands, and photo frames chiefly used on the table or in the household for utilitarian purposes or hollow ware were held dutiable at 40 percent under paragraph 339, *United States* v. *Friedlaender* (21 C. C. P. A.